Keith W. Heard
Lennon, Murphy & Phillips LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
Tel: (212) 490-6050
Fax: (212) 490-6070
*Attorneys for Plaintiffs*
*Plaza Marine, Inc. and Plaza Fueling Agents Incorporated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PLAZA MARINE INC. and PLAZA FUELING AGENTS INCORPORATED,**<br><br>                              **Plaintiffs,**<br><br>          **v.**<br><br>**BOUCHARD TRANSPORTATION CO., INC., in personam;**<br><br>**M/V EVENING BREEZE, IMO No. 9840805, her engines, boilers, appurtenances, furnishings, fittings, etc., in rem;**<br><br>**M/V EVENING LIGHT, IMO No. 7400479, her engines, boilers, appurtenances, furnishings, fittings, etc., in rem;**<br><br>**M/V EVENING STAR, IMO No. 9629768, her engines, boilers, appurtenances, furnishings, fittings, etc., in rem;**<br><br>**M/V DENISE A. BOUCHARD, IMO No. 9730359, her engines, boilers, appurtenances, furnishings, fittings, etc., in rem;**<br><br>**M/V FREDERICK E. BOUCHARD, IMO No. 9794692, her engines, appurtenances, furnishings, fittings, etc., in rem;**<br><br>**M/V JANE A. BOUCHARD, IMO No. 9269702, her engines, boilers, appurtenances, furnishings, fittings, etc., in rem;**<br><br>**M/V J. GEORGE BETZ, IMO No. 9137325, her engines, boilers, appurtenances, furnishings, fittings, etc., in rem;**<br><br>                              **Defendants.** | **VERIFIED COMPLAINT**<br><br>**Civil Action No.** |

- 1 -

Plaintiff, Plaza Marine, Inc. and Plaza Fueling Agents Incorporated, by and through their attorneys, Lennon, Murphy & Phillips LLC, as and for their Verified Complaint herein, allege upon information and belief as follows:

**Jurisdiction and Venue**

1.  This Honorable Court has subject matter jurisdiction over this maritime action pursuant to 28 U.S.C. § 1333.

2.  As hereinafter more fully appears, the Complaint sets forth an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, annexed to the Federal Rules of Civil Procedure.

3.  Venue is proper in this District since defendant Bouchard Transportation Co., Inc. has its office and principal place of business within the District and since the defendant vessels are now or, during the pendency of this action, will be within this District and subject to the in rem jurisdiction of this Honorable Court.

**Parties**

4.  Plaintiff Plaza Marine Inc. ("PMI") is a corporation organized and existing under and by virtue of the laws of New Jersey, registered to do business in New York, with an office and place of business at Suite 1F, 2317 Route 34 South, Manasquan, NJ 08736.  PMI sells and arranges delivery of marine fuel to tugs and other vessels.

5.  Plaintiff Plaza Fueling Agents Incorporated ("PFA") is a corporation organized and existing under and by virtue of the laws of Virginia, with an office and place of business at Suite 1F, 2317 Route 34 South, Manasquan, NJ 08736.  PFA also sells and arranges delivery of marine fuel to tugs and other vessels.

6.   Defendant, Bouchard Transportation Co., Inc. ("Bouchard"), is a corporation organized and existing under and by virtue of the laws of New York, with an office and place of business at 58 South Service Road, Suite 150, Melville, NY 11747.  Bouchard owns and/or operates vessels in the carriage of goods by sea.

7.   Defendant, M/V EVENING BREEZE, IMO No. 9840805, is a 287 dead-weight ton tugboat, registered under the laws of the United States, owned by non-party Tug Evening Breeze Corp. and commercially managed and operated by defendant Bouchard.

8.   Defendant, M/V EVENING LIGHT, IMO No. 7400479, is a 199 gross ton tugboat, registered under the laws of the United States, owned by non-party Tug Evening Light Corp. and commercially managed and operated by defendant Bouchard.

9.   Defendant, M/V EVENING STAR, IMO No. 9629768, is a 430 gross ton pusher tug, registered under the laws of the United States, owned by non-party Tug Evening Star Corp. and commercially managed and operated by defendant Bouchard.

10.   Defendant, M/V DENISE A. BOUCHARD, IMO No. 9730359, is a 434 gross ton pusher tug, registered under the laws of the United States, owned by non-party Tug Denise A. Bouchard Corp. and commercially managed and operated by defendant Bouchard.

11.   Defendant, M/V FREDERICK E. BOUCHARD, IMO No. 9794692, is a 713 gross ton pusher tug, registered under the laws of the United States, owned by non-party Tug Frederick E. Bouchard Corp. and commercially managed and operated by defendant Bouchard or one of its corporate subsidiaries.

12.   Defendant, M/V JANE A. BOUCHARD, IMO No. 9269702, is a 687 gross ton pusher tug, registered under the laws of the United States, owned by non-party Tug Jane A. Bouchard Corp. and commercially managed and operated by defendant Bouchard or one of its corporate subsidiaries.

13.   Defendant, M/V J. GEORGE BETZ, IMO No. 9137325, is a 591 gross ton pusher tug, registered under the laws of the United States, owned by non-party Tug J. George Betz Corp. and commercially managed and operated by defendant Bouchard.

**Facts**

14.   Plaintiffs bring this action to recover amounts due and owing to them under maritime contracts for the supply of marine fuel to the defendant vessels at ports in the United States.

15.   In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 10,052 gallons of ultra-low-sulfur diesel ("ULSD") fuel to the tug EVENING LIGHT at Paulsboro, New Jersey on November 20, 2019.  PMI subsequently submitted its invoice no. 24621 to Bouchard in the amount of $20,873.48 for this fuel delivery, with payment due by December 20, 2019, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the EVENING LIGHT in rem. Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit A to this Verified Complaint.

16.   In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 8,001 gallons of ULSD fuel to the tug FREDERICK E. BOUCHARD at Elizabeth, New Jersey on November 27, 2019.  PMI subsequently submitted its invoice no. 24712 to Bouchard in the amount of $17,054.53 for this fuel delivery, with payment due by December 27, 2019, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the FREDERICK E. BOUCHARD in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit B to this Verified Complaint.

17.   In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 10,000 gallons of ULSD fuel to the tug EVENING BREEZE at Elizabeth, New Jersey on November 30, 2019.  PMI subsequently submitted its invoice no. 24720 to Bouchard in the amount of $20,715.50 for this fuel delivery, with payment due by December 30, 2019, but the invoice has not been paid and

said amount remains due and owing by Bouchard in personam and the EVENING BREEZE in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit C to this Verified Complaint.

18.   In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 30,000 gallons of ULSD fuel to the tug J. GEORGE BETZ at Elizabeth, New Jersey on November 30, 2019.  PMI subsequently submitted its invoice no. 24719 to Bouchard in the amount of $62,146.50 for this fuel delivery, with payment due by December 30, 2019, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the J. GEORGE BETZ in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit D to this Verified Complaint.

19.   In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 30,000 gallons of ULSD fuel to the tug JANE A. BOUCHARD at Elizabeth, New Jersey on December 2, 2019.  PMI subsequently submitted its invoice no. 24742 to Bouchard in the amount of $62,146.50 for this fuel delivery, with payment due by January 1, 2020, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the JANE A. BOUCHARD in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit E to this Verified Complaint.

20.   In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 10,000 gallons of ULSD fuel to the tug DENISE A. BOUCHARD at Elizabeth, New Jersey on December 23, 2019.  PMI subsequently submitted its invoice no. 24992 to Bouchard in the amount of $21,765.50 for this fuel delivery, with payment due by January 22, 2020, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the DENISE A. BOUCHARD in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit F to this Verified Complaint.

21.  In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 10,000 gallons of ULSD fuel to the tug EVENING STAR at Elizabeth, New Jersey on December 24, 2019.  PMI subsequently submitted its invoice no. 24993 to Bouchard in the amount of $21,865.50 for this fuel delivery, with payment due by January 23, 2020, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the EVENING STAR in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit G to this Verified Complaint.

22.  In response to an order received and accepted from defendant Bouchard, plaintiff PFA supplied 10,025 gallons of ULSD fuel to the tug EVENING BREEZE at Elizabeth, New Jersey on December 24, 2019.  PMI subsequently submitted its invoice no. 24994 to Bouchard in the amount of $23,086.58 for this fuel delivery, with payment due by January 23, 2020, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the EVENING BREEZE in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit H to this Verified Complaint.

23.  In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 70,686 gallons of ULSD fuel to the tug FREDERICK E. BOUCHARD at Elizabeth, New Jersey on December 26, 2019.  PMI subsequently submitted its invoice no. 25013 to Bouchard in the amount of $160,566.79 for this fuel delivery, with payment due by January 23, 2020, but the invoice has not been paid and said amount remains due and owing by Bouchard in personam and the FREDERICK E. BOUCHARD in rem.  Copies of Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit I to this Verified Complaint.

24.  In response to an order received and accepted from defendant Bouchard, plaintiff PMI supplied 11,781 gallons of ULSD fuel to the tug J. GEORGE BETZ at Elizabeth, New Jersey on January 2,

2020.  PMI subsequently submitted its invoice no. 25101 to Bouchard in the amount of $25,667.08 for

this fuel delivery, with payment due by February 1, 2020, but the invoice has not been paid and said

amount remains due and owing by Bouchard in personam and the J. GEORGE BETZ in rem.  Copies of

Plaza's invoice and the Marine Delivery Ticket for this fuel delivery are attached as Exhibit J to this

Verified Complaint.

**Plaintiffs' General Terms and Conditions of Sale**

25.  Each invoice by which plaintiffs sold marine fuel to the defendants provided that

"DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS 'TERMS AND CONDITIONS OF

SALE' DATED SEPTEMBER 2016."  This was a reference to the Plaza Marine Group's General Terms and

Conditions for Petroleum Products Sales Agreements dated September 2016 ("Plaza GTC's"), which

provide in pertinent part as follows:

**18. Payments Terms**

(a)  Buyer shall pay Seller for the Product delivered . . . without discount, offset or
deduction . . . in U.S. Dollars within thirty (30) days after the date of delivery.

(c)  The Buyer shall pay interest from the due date of any invoice to the payment
thereof at (i) the higher of the rate of one and one-half percent (1and 1/2%) per
month, or (ii) the maximum amount by law.  Buyer agrees to pay all of Seller's costs
(including attorney's fees and courts costs) of collecting past due payments (such
amounts considered to be 35% of the uncollected amount) and late payment charges.

**19. Financial Responsibility and Credit**

(a)  Sale of the Product by Seller under the Agreement is made on the creditworthiness
of Buyer, its agent, and the Receiving Vessel.

(b)  . . . Seller will have and may asse[r]t any and all maritime liens available to it
against the Receiving Vessel, wherever found, for the full amount of the delivered
price of the Product supplied to such Receiving Vessel by the Seller, plus accrued
interest and collection costs and other obligations incurred by the Buyer hereunder.

(d)  The Buyer is presumed to have th[e] authority to encumber the Receiving Vessel
pursuant to 46 U.S.C. 971 through 976 [now 46 U.S.C. §§ 31301-31343] and the
General Maritime Law.  In all sales, and in addition to any other rights, which it may
have, Seller holds the Receiving Vessel responsible for satisfaction of the purchase
price.

(e)  In all sales, the Receiving Vessel is deemed to be responsible for satisfaction of the purchase price.  The Seller does not waive but rather expressly reserves, and Buyer hereby assigns to Seller all rights afforded pursuant to U.S.C. 971 through 976 [now 46 U.S.C. §§ 31301-31343] and the General Maritime Law.

**24.  Attorney's Fees**

If any action, at law, in equity or in admiralty, is brought by the Seller, either under the provisions of these Terms and Conditions of Sale or to enforce the Buyer's contractual obligation arising from the transaction referenced hereby, the Seller should it prevail in such action, shall be entitled to recover its reasonable attorney's fees (estimated to be 35% of the disputed amount) from the Buyer in the princip[al] action or in a related action brought specifically for the purpose in addition to any other relief to which the Seller may be entitled.

**27.  Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of New Jersey, without regard to choice of laws of that State that would require the laws of another jurisdiction to govern, ex[ce]pt (i) with regard to and to the extent that the Parties acknowledge and agree that Seller shall have a valid maritime lien, superior in priority to other liens, mortgages, or encumbrances against the Receiving Vessel, and (ii) as to other matters, if any, under the Agreement that involve vessels, harbors, seamen, or maritime affairs or commerce generally, which matters shall be governed by the General Maritime Law of the United  States of America, or the law of the United States of America, or the law of the State of New Jersey where the General Maritime Law is silent or inapplicable.

**<u>Maritime Liens</u>**

26.  With respect to each fuel delivery, as described in paragraphs 15 – 24 above, the failure to pay for the bunkers gave rise to a maritime lien against the respective vessels, which may be exercised by arresting the vessels in rem.  The total amount owed by and with respect to each vessel, for which plaintiffs claim maritime liens, are as follows:

| Vessel | Amount owed |
| --- | --- |
| EVENING BREEZE | $43,802.08* |
| EVENING LIGHT | $20,873.48 |
| EVENING STAR | $21,865.50 |
| DENISE A. BOUCHARD | $21,765.50 |

| | |
|---|---|
| FREDERICK E. BOUCHARD | $177,621.32 |
| JANE A. BOUCHARD | $62,146.50 |
| J. GEORGE BETZ | $87,813.58 |

\* Of this amount, $23,086.58 is due and owing to plaintiff PFA and $20,715.50 is due and owing to plaintiff PMI.  The remaining amounts shown above are all due and owing to PMI.

27.  With respect to each fuel delivery, by signing the Marine Delivery Ticket, the respective vessel's Chief Engineer or other officer acted on behalf of the vessel and her Owner and/or Manager to procure the fuel for the ship, and thereby accepted the fuel on behalf of the vessel in compliance with the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301-31343.

28.  The marine fuel delivered to the defendant vessels was necessary for the accomplishment of their missions – i.e., the transportation of cargo in intrastate and/or interstate commerce.  The vessels' representatives at the time of the fuel deliveries described herein were authorized to order, receive and acknowledge delivery of this necessary for the account of and on the credit of the defendant vessels.

29.  Each of the defendant vessels received the benefit of the aforementioned fuel deliveries to said vessel and is indebted to plaintiffs and, along with defendant Bouchard, is obligated to pay for the aforementioned marine fuel purchased from and delivered to the vessels by or on behalf of plaintiffs.

**Failure to Pay**

30.  Plaintiffs have performed all conditions precedent to warrant full and complete payment for the marine fuel ordered by Bouchard and delivered to the defendant vessels.

31.  For each fuel delivery, payment was due no later than 30 days after the date of delivery and, in each case, the deadline has passed without plaintiffs' receipt of the amounts due.

32.  As a result of the foregoing, plaintiffs have indisputable claims for breach of contract against defendant Bouchard as well as maritime liens against the defendant vessels.  In particular, plaintiff PFA

has a maritime lien against the tug EVENING BREEZE for the fuel supplied to that vessel on November 30, 2019 in the amount of $23,086.58 plus interest and attorneys' fees, and plaintiff PMI has maritime liens against the remaining vessels for failure to pay for the fuel supplied to them on the dates set forth in paragraphs 15-21 and 23-24 above in the total amount of $412,801.38 plus interest and attorneys' fees. These maritime liens are enforceable in admiralty in accordance with the provisions of Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, annexed to the Federal Rules of Civil Procedure.

33. Payment of the total amount due of $435,887.96 has been demanded from defendant Bouchard by means of the attached invoices.  However, to date, Bouchard has neglected, failed or otherwise refused to pay the outstanding aggregate sum of $435,887.96 plus interest and attorneys' fees, which is indisputably due and owing to Plaintiffs pursuant to the contracts under which the fuel was sold to the defendants.  In addition, the individual vessels have failed to pay and still owe as in rem defendants the sums set forth in paragraphs 15 – 24 above, which total $435,887.96.

WHEREFORE, plaintiffs Plaza Marine, Inc. and Plaza Fueling Agents Incorporated pray:

1.  That process in due form of law according to the usual practice of this Court may issue against defendant Bouchard Transportation Co., Inc.

2.  That warrants should be issued for the arrest of the vessels M/V EVENING BREEZE, EVENING LIGHT, EVENING STAR, DENISE A. BOUCHARD, FREDERICK E. BOUCHARD, JANE A. BOUCHARD and J. GEORGE BETZ in rem and the vessels seized by the U.S. Marshal to be held as security against any judgment to be entered herein against each vessel, as appropriate.

3.  That, after due proceedings, a decree may be entered in favor of plaintiffs against defendants for the respective amounts of plaintiff's damages, together with interest, attorneys fees and costs.

4.  That, after their arrests, the defendant vessels be condemned and sold, free and clear of all liens and encumbrances, to satisfy the judgments against them, and that the Court award plaintiffs out of the proceeds of said sales, the amounts of their claims, together with pre-judgment and post-judgment interest, attorneys' fees, collection fees, custodia legis expenses, as well as other fees and disbursements for this action which remain outstanding, unpaid, due and owing from the defendants to plaintiffs; and

5.  That plaintiffs have such other and further or different relief as to this Court may seem just and proper in the premises.

Dated:  February 24, 2020

PLAZA MARINE INC. and PLAZA
FUELING AGENTS INCORPORATED

By: /s/   *Keith W. Heard*
          Keith W. Heard

LENNON, MURPHY & PHILLIPS, LLC
The Graybar Building
420 Lexington Ave., Ste. 300
New York, New York 10170
(212) 490-6050 (T)
(212) 490-6070
kwh@lmplaw.net

**VERIFICATION**

STATE OF NEW JERSEY      )

COUNTY OF MONMOUTH )

     I, William G. Gotimer, Jr., provide the following verification:

     I am the president of plaintiffs Plaza Marine Inc. and Plaza Fueling Agents Incorporated.

I have read the foregoing Complaint and know the contents are true to my knowledge, except

as to matters therein stated to be alleged on information and belief, and as to those matters, I

believe them to be true.

                                           William G. Gotimer, Jr.

**DECLARATION PURSUANT TO U.S.C. § 1746**

     I verify under penalty of perjury that the foregoing is true and correct and has been

executed on this, the ___24th___ day of February, 2020.

                                           William G. Gotimer, Jr.

# EXHIBIT A



# PLAZA
## MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE

No. 24621

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
EVENING LIGHT

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|---|---|---|---|
| 11/20/2019 | 11/20/2019 | Barge | Paulsboro, NJ |

| PAYMENT TERMS | YOUR ORDER NO. |
|---|---|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| Gallon | Dyed ULSD | 10052.000 | 2.075 / EA | 20,857.90 |
| | Federal LUST Fund | | | 10.05 |
| | NJ Oil Spill Comp and Recovery | | | 5.53 |
| | | 10052 | **TOTAL** | 20,873.48 |

| Payment Due By | Remit Payment To: | Wire Instructions: |
|---|---|---|
| 12/20/2019 | PO BOX 842610 Boston, MA 02284-2610 | Wells Fargo |

Wire Instructions:
Wells Fargo
ABA # 121000248
Swift: WFBIUS6S
Credit to: Harbor Plaza Consolidated
Credit to: Plaza Marine, Inc.
Acct # 4121768410

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

**2076**

# Harbor / Plaza Consolidated

Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 11-20-17

Sold To: _____

Vessel Name: Evening Light

Location: [ ] Pier  [ ] Anchorage  Port: _____  DS - 8

Delivered Via: _____

| | |
|---|---|
| Time Arrived: 2340 | Time Started: 2350 |
| Time Departed: 0100 | Time Finished: 0040 |
| Sulfur Content: 9.0 | API Gravity: 36.5 | Temp. 49.9 |
| Viscosity (CTS) 2.615 | Flash Point 142 | VCF: |

**Meter Readings**

10005

| | | |
|---|---|---|
| Net Gallons: 10051.06 | Gross Gallons: 10005 |
| Net Barrels: 293.93 | Metric Tons: 31.92 |
| Chief Engineer | Tankerman |
| MARPOL Sample | Supplier Sample |

**MARINE DELIVERY TICKET**

The Fuel supplied in this delivery is in conformity with Regulation
14 (4) or 14 (4)(b) and Regulation 18 of Annex VI of MARPOL 73 /78.

K 5

REORDER FORM 3180-T14A FROM DESHLER DAY SYSTEMS, INC., CEDAR KNOLLS, NJ 07920
TOLL FREE: 1-800-PRESHLER  FAX: (973) 538-5422  www.deshlersystems.com

INSERT FACE DOWN THIS END FIRST

*All-Weather E3o-Snap Meter Ticket*

# EXHIBIT B



THE
# PLAZA
MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE
No. 24712

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
FREDERICK BOUCHARD

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|------|-----------|-------------|------|
| 11/29/2019 | 11/27/2019 | Dockside | Elizabeth NJ |

| PAYMENT TERMS | YOUR ORDER NO. |
|---------------|----------------|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| Gallon | Dyed ULSD | 8001.000 | 2.13 / EA | 17,042.13 |
| | Federal LUST Fund | | | 8.00 |
| | NJ Oil Spill Comp and Recovery | | | 4.40 |
| | | 8001 | **TOTAL** | 17,054.53 |

**Payment Due By**

12/27/2019

**Remit Payment To:**

PO BOX 842610 Boston, MA 02284-2610

**Wire Instructions:**

Wells Fargo
ABA # 121000248
Swift: WFBIUS6S
Credit to: Harbor Plaza Consolidated
Credit to: Plaza Marine, Inc.
Acct # 4121768410

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

12705

# Harbor / Plaza Consolidated
Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Sold To: _Bouchard_          Date: _11-27-15_

Vessel Name: _Frederick E. Bouchard_

Location:   [ ] Pier    [ ] Anchorage   Port: _NYT_

Delivered Via:

| | |
|---|---|
| Time Arrived: 21:50 | Time Started: 21:55 |
| Time Departed: 23:00 | Time Finished: 22:45 |

| | | |
|---|---|---|
| Sulfur Content: 8.7 | API Gravity 31.6 | Temp 52.2 |
| Viscosity (CTS) 22.74 | Flash Point 145 | VCF: |

| | Meter Readings |
|---|---|
| DD 6 6 2 | 3 0 8 5 2 5 3 |
| DD 6 6 1 | 3 0 7 7 2 5 2 |

| Net Gallons: | Gross Gallons: 8001 |
|---|---|
| Net Barrels: | Metric Tons: |
| Chief Engineer: | Tankerman |
| MARPOL Sample 546856 | Supplier Sample |

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT C



THE
## PLAZA
MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE
No. 24720

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
EVENING BREEZE

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|------|-----------|-------------|------|
| 11/30/2019 | 11/30/2019 | Dockside | Elizabeth NJ |

| PAYMENT TERMS | YOUR ORDER NO. |
|---------------|----------------|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| Gallon | Dyed ULSD | 10000.000 | 2.07 / EA | 20,700.00 |
| | Federal LUST Fund | | | 10.00 |
| | NJ Oil Spill Comp and Recovery | | | 5.50 |
| | | 10000 | **TOTAL** | 20,715.50 |

**Payment Due By**
12/30/2019

**Remit Payment To:**
PO BOX 842610 Boston, MA 02284-2610

**Wire Instructions:**

Wells Fargo
ABA # 121000248
Swift: WFBIUS6S
Credit to: Harbor Plaza Consolidated
Credit to: Plaza Marine, Inc.
Acct # 4121768410

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2018. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

**12709**

# Harbor / Plaza Consolidated
### Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 11-30-19

Sold To: Bouchard Transport

Vessel Name: Evening Breeze

Location: [✓] Pier   [ ] Anchorage   Port: NYt

Delivered Via:

| | | | |
|---|---|---|---|
| Time Arrived: 20:10 | Time Started: 20:25 | | |
| Time Departed: 21:45 | Time Finished: 21:35 | | |
| Sulfur Content: 8.7 | API Gravity: 25.6 | Temp: 51.7 | |
| Viscosity (CTS): 2.234 | Flash Point: 145 | VCF: — | |

| | Meter Readings |
|---|---|
| DD 6 6 | 3 1 6 9 2 5 6 |
| DD 6 6 | 3 1 5 9 2 5 5 |

| | |
|---|---|
| Net Gallons: | Gross Gallons: 10,000 |
| Net Barrels: | Metric Tons: |

Chief Engineer: DYLAN SHORTY

Tankerman:

MARPOL Sample             Supplier Sample

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT D



**THE PLAZA**
MARINE GROUP
PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE

No. 24719

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
J GEORGE BETZ

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|---|---|---|---|
| 11/30/2019 | 11/30/2019 | Dockside | Elizabeth NJ |

| PAYMENT TERMS | YOUR ORDER NO. |
|---|---|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| Gallon | Dyed ULSD | 30000.000 | 2.07 / EA | 62,100.00 |
| | Federal LUST Fund | | | 30.00 |
| | NJ Oil Spill Comp and Recovery | | | 16.50 |
| | | 30000 | **TOTAL** | 62,146.50 |

| **Payment Due By** | **Remit Payment To:** | **Wire Instructions:** |
|---|---|---|
| 12/30/2019 | PO BOX 842610 Boston, MA 02284-2610 | Wells Fargo<br>ABA # 121000248<br>Swift: WFBIUS6S<br>Credit to: Harbor Plaza Consolidated<br>Credit to: Plaza Marine, Inc.<br>Acct # 4121768410 |

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

12707

# Harbor / Plaza Consolidated

Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 11·30·19

Sold To: Bouchard

Vessel Name: J George Betz

Location:  [ ] Pier   [ ] Anchorage   Port: Elizabeth NJ.

Delivered Via:

| Time Arrived: 1245 | Time Started: 1315 |
| Time Departed: 17:22 | Time Finished: 17:05 |

| Sulfur Content: 8.7 | API Gravity 35.6 | Temp. 51.8 |
| Viscosity (CTS) 2.234 | Flash Point 145 | VCF: |

| Meter Readings | |
|---|---|
| DD 6 6 4 | 3 1 4 9 2 5 4 |
| DD 6 6 3 | 3 1 1 9 2 5 - |

| Net Gallons: | Gross Gallons: 30,000 |
| Net Barrels: | Metric Tons: |

| Chief Engineer: | Tankerman: K. ORR |
| MARPOL Sample 619799 | Supplier Sample 619813 |

## MARINE DELIVERY TICKET

The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT E



# THE PLAZA
## MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE

No. 24742

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
JANE BOUCHARD

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|------|-----------|-------------|------|
| 12/03/2019 | 12/02/2019 | Dockside | Elizabeth NJ |

| PAYMENT TERMS | YOUR ORDER NO. |
|---------------|----------------|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| Gallon | Dyed ULSD | 30000.000 | 2.07 / EA | 62,100.00 |
| | Federal LUST Fund | | | 30.00 |
| | NJ Oil Spill Comp and Recovery | | | 16.50 |
| | | 30000 | **TOTAL** | 62,146.50 |

**Payment Due By**
01/01/2020

**Remit Payment To:**
PO BOX 842610 Boston, MA 02284-2610

**Wire Instructions:**

Wells Fargo
ABA # 121000248
Swift: WFBIUS6S
Credit to: Harbor Plaza Consolidated
Credit to: Plaza Marine, Inc.
Acct # 4121768410

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

**12716**

# Harbor / Plaza Consolidated
Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Sold To: _Bouchard_          Date: _12-2-15_

Vessel Name: _Jane A Bouchard_

Location:   [ ] Pier   [ ] Anchorage   Port: _NYT_

Delivered Via:

| | | |
|---|---|---|
| Time Arrived: _17:25_ | Time Started: _18:10_ | |
| Time Departed: _21:39_ | Time Finished: _21:15_ | |

| | | |
|---|---|---|
| Sulfur Content: _8.7_ | API Gravity _32.6_ | Temp _30.8_ |
| Viscosity (CTS) _2.234_ | Flash Point _145_ | VCF: |

| Meter Readings | |
|---|---|
| D0 6 7 | 3 2 6 7 4 6 0 |
| D0 6 7 | 3 2 3 7 4 6 0 |

| | |
|---|---|
| Net Gallons: | Gross Gallons: _10000_ |
| Net Barrels: | Metric Tons: |
| Chief Engineer: | Tankerman |
| MARPOL Sample _619 798_ | Supplier Sample _619 783_ |

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation 14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT F



THE
# PLAZA
MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE

No. 24992

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
DENISE BOUCHARD

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|------|-----------|-------------|------|
| 12/25/2019 | 12/23/2019 | Dockside | Elizabeth NJ |

| PAYMENT TERMS | | YOUR ORDER NO. |
|---------------|--|----------------|
| NET 30 DAYS | | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| Gallon | Dyed ULSD | 10000.000 | 2.175 / EA | 21,750.00 |
| | Federal LUST Fund | | | 10.00 |
| | NJ Oil Spill Comp and Recovery | | | 5.50 |
| | | 10000 | **TOTAL** | 21,765.50 |

| Payment Due By | Remit Payment To: | Wire Instructions: |
|----------------|-------------------|--------------------|
| 01/22/2020 | PO BOX 842610 Boston, MA 02284-2610 | Wells Fargo<br>ABA # 121000248<br>Swift: WFBIUS6S<br>Credit to: Harbor Plaza Consolidated<br>Credit to: Plaza Marine, Inc.<br>Acct # 4121768410 |

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND/OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

**12743**

# Harbor / Plaza Consolidated
### Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 12-23-15

Sold To: _Bouchard_

Vessel Name: _Denise A Bouchard_

Location: __ [ ] Pier   [ ] Anchorage   Port: _NYI_

Delivered Via:

| | | | |
|---|---|---|---|
| Time Arrived: 20:15 | Time Started: 20:40 | | |
| Time Departed: 22:05 | Time Finished: 21:42 | | |

| | | | |
|---|---|---|---|
| Sulfur Content: 8.0 | API Gravity 36.1 | Temp. 39 | |
| Viscosity (CTS) 2.625 | Flash Point 140 | VCF: | |

| | Meter Readings |
|---|---|

| Net Gallons: | Gross Gallons: 10000 |
|---|---|
| Net Barrels: | Metric Tons: |

| Chief Engineer: | Tankerman |
|---|---|
| MARPOL Sample 619573 | Supplier Sample |

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT G



# INVOICE

No. 24993

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
EVENING STAR

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|------|-----------|-------------|------|
| 12/25/2019 | 12/24/2019 | Dockside | Elizabeth NJ |

| PAYMENT TERMS | | YOUR ORDER NO. |
|---------------|--|----------------|
| NET 30 DAYS | | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| Gallon | Dyed ULSD | 10000.000 | 2.185 / EA | 21,850.00 |
| | Federal LUST Fund | | | 10.00 |
| | NJ Oil Spill Comp and Recovery | | | 5.50 |
| | | 10000 | **TOTAL** | 21,865.50 |

| Payment Due By | Remit Payment To: | Wire Instructions: |
|----------------|-------------------|--------------------|
| 01/23/2020 | PO BOX 842610 Boston, MA 02284-2610 | Wells Fargo |

Wire Instructions:

Wells Fargo
ABA # 121000248
Swift: WFBIUS6S
Credit to: Harbor Plaza Consolidated
Credit to: Plaza Marine, Inc.
Acct # 4121768410

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND/OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

12744

# Harbor / Plaza Consolidated

Plaza Marine Inc.  ·  Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 12·24·19

Sold To: Bouchard

Vessel Name: Evening Star

Location:  [ ] Pier   [ ] Anchorage   Port: Elizabeth NJ

Delivered Via:

| | | | |
|---|---|---|---|
| Time Arrived: 0600 | | Time Started: 0650 | |
| Time Departed: 0830 | | Time Finished: 0815 | |
| Sulfur Content: 8.0 | | API Gravity: 16.1 | Temp: 52.9 |
| Viscosity (CTS): 2.625 | | Flash Point: 140 | VCF: |

**Meter Readings**

Net Gallons:

Gross Gallons: 10,000

Net Barrels:

Metric Tons:

Chief Engineer:

Tankerman: K·off

MARPOL Sample 619590     Supplier Sample 619812

## MARINE DELIVERY TICKET

The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT H



THE PLAZA
MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736

# INVOICE
No. 24994

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
EVENING BREEZE

| DATE | SHIP DATE | SHIPPED VIA | PORT | |
|------|-----------|-------------|------|--|
| 12/25/2019 | 12/24/2019 | Barge | Baltimore | |

| PAYMENT TERMS | YOUR ORDER NO. |
|---------------|----------------|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| | Dyed ULSD | 10025.000 | 2.30 / EA | 23,057.50 |
| | Federal LUST Fund | | | 10.03 |
| | MD Oil Transfer Tax | | | 19.05 |
| | | 10025 | **TOTAL** | 23,086.58 |

| Payment Due By | Remit Payment To: | Wire Instructions: |
|----------------|-------------------|--------------------|
| 01/23/2020 | PO BOX 842606 BOSTON, MA 02284-2606 | Wells Fargo<br>ABA # 121000248<br>Swift: WFBIUS6S<br>Credit to: Harbor Plaza Consolidated<br>Credit to: Plaza Fueling Agents, Inc.<br>Acct # 4121768436 |

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND\OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

1880

# Harbor / Plaza Consolidated
### Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South Suite 1F
Manasquan, NJ 08736

Date: _12 - 24 - 19_

Sold To: _BOUCHARD_

Vessel Name: _Evening Breeze_

Location: [ ] Pier  [ ] Anchorage  Port: _Balt_

Delivered Via: _DS12_

| Time Arrived: _1630_ | Time Started: _1655_ |
| Time Departed: _1830_ | Time Finished: _1815_ |

| Sulfur Content: _.00097_ | API Gravity _35.5_ | Temp. _43_ |
| Viscosity (C?S) | Flash Point | VCF: |

**Meter Readings** _1,0079_   _7,442_

| A A 2 3 9 | 2 7 9 1 4 8 2 |
| A A 2 3 8 | 2 7 8 1 4 8 2 |

| Net Gallons: _10073_ | Gross Gallons: _10000_ |
| Net Barrels _239.98_ | Metric Tons: _32.23_ |

Chief Engineer: _[signature]_

Tankerman _BENDIS_

MARPOL Sample _27773C_   Supplier Sample _27774_

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

REORDER FORM 319-47147A FROM DEGREE DAY SYSTEMS, INC. CEDAR GROVE, NJ 07009
TOLL FREE: 1-800-2DEGREE • FAX: (973) 239-5442 • e-mail: info@dogrooday.com
INSERT FACE DOWN THIS END FIRST

*All-Weather™ Eze-Snap Meter Ticket*

# EXHIBIT I



**THE**
# PLAZA
MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE

2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE

No. 25013

**BILL TO:**

BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**

AND\OR
OWNERS\OPERATORS\CHARTERERS
FREDERICK BOUCHARD

| DATE | SHIP DATE | SHIPPED VIA | PORT |
|---|---|---|---|
| 12/29/2019 | 12/26/2019 | Barge | Paulsboro, NJ |

| PAYMENT TERMS | | YOUR ORDER NO. |
|---|---|---|
| NET 30 DAYS | | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| Gallon | Dyed ULSD | 70686.000 | 2.27 / EA | 160,457.22 |
| | Federal LUST Fund | | | 70.69 |
| | NJ Oil Spill Comp and Recovery | | | 38.88 |
| | | 70686 | **TOTAL** | 160,566.79 |

| Payment Due By | Remit Payment To: | Wire Instructions: |
|---|---|---|
| 01/25/2020 | PO BOX 842610 Boston, MA 02284-2610 | Wells Fargo<br>ABA # 121000248<br>Swift: WFBIUS6S<br>Credit to: Harbor Plaza Consolidated<br>Credit to: Plaza Marine, Inc.<br>Acct # 4121768410 |

**DISCLAIMER:**

DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

**2115**

# Harbor / Plaza Consolidated
### Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 12/26/19

Sold To: _____

Vessel Name: Tug Frederick Bouchard

Location: [X] Pier   [ ] Anchorage   Port: Phil Py

Delivered Via: Barg D.S.8 at Phil Seaport

| Time Arrived: 1720 | Time Started: 1745 |
| Time Departed: 2300 | Time Finished: 2340 |

| Sulfur Content: 0-00087 | API Gravity 36.1 | Temp. 39 F |
| Viscosity (CTS) 2.628 | Flash Point 70 F | VCF 0.098 |

### Meter Readings

| K E 6 7 6 | 0 7 0 0 0 0 |
| K E 6 7 5 | 0 0 0 0 0 0 |

| Net Gallons: 686 | Gross Gallons: 70,000 |
| Net Barrels: 693 | Metric Tons: 220,392 |

| Chief Engineer: R. Jaylor | Tankerman: Bill Coopy |
| MARPOL Sample | Supplier Sample |

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

**2115**

# Harbor / Plaza Consolidated
### Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: 12/26/19

Sold To: _____

Vessel Name: Tug Frederick Bouchard

Location: [X] Pier   [ ] Anchorage   Port: Phil Py

Delivered Via: Barg D.S.8 at Phil Seaport

| Time Arrived: 1725 | Time Started: 1745 |
| Time Departed: 2355 | Time Finished: 2340 |

| Sulfur Content: 0.00087 | API Gravity 36.1 | Temp. |
| Viscosity (CTS) 2.628 | Flash Point 70 F | VCF 0.098 |

### Meter Readings

| K E 6 7 6 | 0 7 0 0 0 |
| K E 6 7 5 | 0 0 0 0 0 |

| Net Gallons: 586 | Gross Gallons: 70,000 |
| Net Barrels: 83 | Metric Tons: 220,392 |

| Chief Engineer: R. Jaylor | Tankerman: Bill Coopy |
| MARPOL Sample | Supplier Sample |

## MARINE DELIVERY TICKET
The Fuel supplied in this delivery is in conformity with Regulation
14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.

# EXHIBIT J



THE
PLAZA
MARINE GROUP

PLAZA MARINE • PLAZA FUELING • PLAZA STORAGE
HP CONSOLIDATED • SOUTHERN MARINE
2317 Route 34 South, Suite 1F
Manasquan NJ 08736
(732)223-7000

# INVOICE
No. 25101

**BILL TO:**
BOUCHARD TRANSPORTATION CO
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747
USA

**SOLD TO:**
AND\OR
OWNERS\OPERATORS\CHARTERERS
J GEORGE BETZ

| DATE | SHIP DATE | SHIPPED VIA | PORT | |
|------|-----------|-------------|------|---|
| 01/02/2020 | 01/02/2020 | Dockside | Elizabeth NJ | |

| PAYMENT TERMS | YOUR ORDER NO. |
|---------------|----------------|
| NET 30 DAYS | |

| UNITS | DESCRIPTION | QTY (EA) | UNIT PRICE | AMOUNT USD |
|-------|-------------|----------|------------|------------|
| Gallon | Dyed ULSD | 11781.000 | 2.175 / EA | 25,623.68 |
| | Federal LUST Fund | | | 11.78 |
| | Federal Oil Spill Recovery | | | 25.14 |
| | NJ Oil Spill Comp and Recovery | | | 6.48 |
| | | 11781 | **TOTAL** | 25,667.08 |

| Payment Due By | Remit Payment To: | Wire Instructions: |
|----------------|-------------------|---------------------|
| 02/01/2020 | PO BOX 842610 Boston, MA 02284-2610 | Wells Fargo |

Wire Instructions:
Wells Fargo
ABA # 121000248
Swift: WFBIUS6S
Credit to: Harbor Plaza Consolidated
Credit to: Plaza Marine, Inc.
Acct # 4121768410

**DISCLAIMER:**
DELIVERIES OF PETROLEUM PRODUCTS DETAILED HEREON ARE SUBJECT TO CONTRACT TERMS BETWEEN BUYER AND SELLER AND\OR TERMS AND CONDITIONS OF SALE AGREED UPON BETWEEN SELLER AND THE BUYER AT THE TIME OF THE SALE AS PER "SALES CONFIRMATION". FURTHER, DELIVERIES OF ANY FUELS DETAILED HEREON ARE SUBJECT TO SELLERS "TERMS AND CONDITIONS OF SALE" DATED SEPTEMBER 2016. ALL APPLICABLE LOCAL, STATE, AND FEDERAL TAXES, INCLUDING BUT NOT LIMITED TO, SALES, USE, EXCISE AND GROSS RECEIPTS TAX UNLESS SEPARTELY BILLED AND COLLECTED BY HP CONSOLIDATED ARE TO BE PAID TO SUCH TAXING AUTHORITIES DIRECTLY BY THE BUYER. THE FOLLOWING PAYMENT INSTRUCTIONS ARE IRREVOCABLE AND SHOULD NOT BE CHANGED AND/OR ALTERED IN ANY WAY UNLESS WRITTEN AND VERBAL INSTRUCTIONS BY AN OFFICER OF THE PLAZA MARINE GROUP AUTHORIZES SUCH.

12756

# Harbor / Plaza Consolidated
### Plaza Marine Inc. • Plaza Fueling Agents
2317 Route 34 South  Suite 1F
Manasquan, NJ 08736

Date: _1-2-20_

Sold To: _BOUCHARD_

Vessel Name: _J. GeoRGe Betz_

Location: [✓] Pier   [ ] Anchorage   Port: _NJt_

Delivered Via:

| Time Arrived: | 16:30 | Time Started: | 16:30 |
| Time Departed: | 18:40 | Time Finished: | 1820 |

| Sulfur Content: | 8.0 | API Gravity | 36.1 | Temp: 22.4 |
| Viscosity (CTS) | 2.825 | Flash Point | 110 | VCF: |

| Meter Readings | | |
|---|---|---|
| PP 70 | | 3 8 5 1 3 2 |
| PD 704 | | 3 8 3 9 5 4 9 |

| Net Gallons: | | Gross Gallons: | 11,781 |
| Net Barrels: | | Metric Tons: | |

| Chief Engineer: | Tankerman |
| MARPOL Sample 61567 | Supplier Sample 61573 |

## MARINE DELIVERY TICKET
**The Fuel supplied in this delivery is in conformity with Regulation 14 (1) or 14(4)(a) and Regulation 18 of Annex VI of MARPOL 73 / 78.**